IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

OLACHI MEZU-NDUBUISI,

        Plaintiff,

v.                                                                                                                  ORDER

BOARD OF REGENTS OF THE                                                              24-cv-31-jdp
UNIVERSITY OF WISCONSIN SYSTEM, *et al.*,

        Defendants.

---

The court held a telephonic motions hearing on June 6, 2025. All parties were represented by counsel. The court addressed plaintiff's motion to compel, Dkt. 118, and the State defendants' motion for sanctions and a protective order, Dkt. 129. For the reasons discussed, the motions are both GRANTED in part and DENIED in part as follows:

1. **Peer review privilege**

Plaintiff may issue ten interrogatories, ten requests for production, and ten requests for admission to identify comparative employees and ask them specific follow up questions. These discovery requests must be served no later than **June 11, 2025**. Defendant must respond to the requests no later than **June 30, 2025**.

2. **Deposition objections**

During depositions, objections to form or foundation must be a single word, *i.e.*, "form" or "foundation." If a party objects to a question because it calls for privileged information, the parties must take a break and resolve the issue of privilege before continuing the deposition.

3. **Exhibits**

Parties shall turn over to the opposing side all medical records that they have identified for use in this case or that are responsive to discovery requests no later than **June 11, 2025**.

The parties must then propose and agree upon redactions of personal health information in the identified medical records no later than **June 30, 2025**. Only redacted versions should be used as deposition exhibits or filed with the court.

4. **Schedule**

As soon as possible but not later than **June 11, 2025,** plaintiff must provide defendant with a list of all dates and times between now and July 30, 2025, that plaintiff is available to attend a deposition. Defendant shall then choose one of the identified dates and times and schedule plaintiff's deposition.

The other cancelled depositions should be rescheduled at the convenience of the deponents and counsel's schedule. The parties must reschedule these depositions without regard to any particular sequence. I am reserving on the question of costs and fee shifting.

The deadline for the parties to file dispositive motions is reset from June 19, 2025, to **July 30, 2025**.

ORDER

IT IS ORDERED that:

1. Plaintiff's motion to compel, Dkt. 118, is GRANTED in part and DENIED in part as explained above.

2. Defendant's motion for sanctions and a protective order, Dkt. 129, is GRANTED in part and DENIED in part as explained above. I note that part of this motion sought dismissal as a sanction. Because I am ordering alternative relief, I deny the motion on that request without prejudice to its renewal as part of dispositive motions for Judge Peterson's consideration.

3. The deadline for dispositive motions is reset from June 19, 2025, to July 30, 2025.

Entered June 6, 2025.

                        BY THE COURT:

                        /s/

                        _____
                        ANITA MARIE BOOR
                        Magistrate Judge